No. 232. UNITED STATES *v.* O'BRIEN; and

No. 233. O'BRIEN *v.* UNITED STATES, *ante,* p. 367. Motion of William Sloane Coffin, Jr., et al. for leave to file a brief, as *amici curiae,* after argument, denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Abraham Goldstein, William P. Homans, Jr., Telford Taylor,* and *Leonard B. Boudin* on the motion.

No. 801. SPINELLI *v.* UNITED STATES. C. A. 8th Cir. The order of this Court of March 4, 1968, granting petition for certiorari, 390 U. S. 942, is modified so as to limit review in this Court to the question of the constitutional validity of the search and seizure. MR. JUSTICE MARSHALL took no part in the consideration or decision of this order.

No. 1590, Misc. LAUCHLI *v.* UNITED STATES. Motion for leave to file petition for writ of habeas corpus denied.

No. 1532, Misc. FAIR *v.* SUPREME COURT OF FLORIDA ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 1266. ZENITH RADIO CORP. *v.* HAZELTINE RESEARCH, INC., ET AL. C. A. 7th Cir. Certiorari granted. *Thomas C. McConnell* and *Francis J. McConnell* for petitioner. *John T. Chadwell, M. Hudson Rathburn,* and *Laurence B. Dodds* for respondents. ▮

No. 1339. NATIONAL LABOR RELATIONS BOARD *v.* STRONG, DBA STRONG ROOFING & INSULATING CO. C. A. 9th Cir. Certiorari granted. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J.*

*Come* for petitioner. *William B. Carman* and *Charles G. Bakaly, Jr.,* for respondent.

No. 585, Misc. PALMIERI *v.* FLORIDA. Sup. Ct. Fla. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. *Earl Faircloth,* Attorney General of Florida, and *Harold Mendelow,* Assistant Attorney General, for respondent.

No. 1249. SIDARY, AKA SIDNEY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Walter G. Stumbo* and *John E. Stumbo* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 1302. FITZGERALD *v.* CATHERWOOD, INDUSTRIAL COMMISSIONER OF NEW YORK. C. A. 2d Cir. Certiorari denied. *Bernard H. Fitzpatrick* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Joel Lewittes,* Assistant Attorney General, for respondent.

No. 1307. JULES HAIRSTYLISTS OF MARYLAND, INC., ET AL. *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied. *Paul B. Engel* for petitioners. *Solicitor General Griswold, Assistant Attorney General Rogovin,* and *Crombie J. D. Garrett* for the United States et al.

No. 1309. KRESGE FOUNDATION *v.* LOUIS SCHLESINGER Co. C. A. 3d Cir. Certiorari denied. *Robert P. Douglass* for petitioner. *William L. Greenbaum* for respondent.